UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:15-cv-81490-DMM

MARY ANNE TORONGO, on behalf of
herself and others similarly situated,

    Plaintiff,

v.

ROBERT G. ROY, D.V.M., M.S., P.A., a
Florida professional association d/b/a PALM
BEACH VETERINARY SPECIALISTS,

    Defendants.
_____/

**PLAINTIFF'S MOTION TO ASSIGN CASE TO**
**STANDARD CASE MANAGEMENT TRACK**

Plaintiff, MARY ANNE TORONGO, by and through the undersigned counsel, respectfully requests that the Court assign this case to the Standard Case Management Track pursuant to Local Rule 16.1(a)(2)(B). Plaintiff submits the following in support thereof:

**I. BACKGROUND**

1. On October 27, 2015 Plaintiff filed her class action complaint. [DE 1].

2. This Court has not entered a Pretrial Scheduling Order setting forth the pretrial deadlines applicable to this litigation.

3. The instant class action is based upon Defendant's violations of the Fair and Accurate Credit Transactions Act ("FACTA") amendment to the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq., as amended (the "FCRA"). Specifically, this action is based upon Section 1681c(g) of the FCRA, which states that, "no person that accepts credit or debit cards for the transaction of business shall print more than the last 5 digits of the card number or the

expiration date upon any receipt provided to the cardholder at the point of the sale or transaction."

4. Plaintiff has engaged the services of the undersigned counsel's law firm for the purpose of prosecuting this matter as a class action.

## II. ARGUMENT

5. Pursuant to Local Rule 16.1(a)(2)(B), Plaintiff submits that this case should be designated as "standard" for case management purposes.

6. Local Rule 16.1(a)(3) provides "The following factors shall be considered in evaluating and assigning cases to a particular track: the complexity of the case, number of parties, number of expert witnesses, volume of evidence, problems locating or preserving evidence, time estimated by the parties for discovery and time reasonably required for trial, among other factors. <u>The majority of civil cases will be assigned to a standard track</u>."

7. Plaintiff expects that this case will involve complex issues, a large volume of evidence, and possibly multiple unknown parties.

8. As previously stated, Plaintiff's case concerns receipts printed by Defendant and given to cardholders containing the expiration date of the consumer's credit or debit card. Plaintiff alleges in its well-plead complaint that Defendant provides veterinary services to, at a minimum, hundreds of customers on a monthly basis.

9. Plaintiff anticipates that detailed discovery relating to the number of receipts provided to cardholders, Defendant's billing policies and procedures, the software used by Defendant to create the receipts, and the parties involved in the creation said receipts will be required to fully litigate the instant action.

10. Plaintiff expects to depose approximately four to five of Defendant's representatives and to serve multiple subpoenas in order to flesh out the aforementioned issues.

11. Cases similar to the matter at hand typically involve multiple parties and extensive discovery. By way of example, Legg v. Spirit Airlines, S.D. Fla. No.: 0:14-cv-61978 required more than five depositions and numerous subpoenas before class certification was ultimately granted by the Honorable James Cohn.

### III. CONCLUSION

Because of the foregoing, Plaintiff, MARY ANNE TORONGO, respectfully requests that the Court assign this case to the Standard Case Management Track pursuant to Local Rule 16.1(a)(2)(B).

        Respectfully submitted,

By:/s/ *Christopher Legg*
Christopher Legg, Esq.
Florida Bar No. 44460

CHRISTOPHER LEGG, ESQ.
*Attorney for Plaintiff and the Class*
3837 Hollywood Blvd., Ste. B
Hollywood, FL 33021
Telephone: 954-962-2333
Facsimile: 954-927-2451
ChrisLeggLaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email address denoted on the Electronic Mail Notice List, and I hereby certify that the foregoing document or paper will be served on the Defendant indicated below.

Service List:

Robert G. Roy, D.V.M., M.S., P.A.
d/b/a Palm Beach Veterinary Specialists
3417 Northeast 30th Avenue
Lighthouse Point, FL 33064

By:/s/ *Christopher Legg*
Christopher Legg, Esq.
Florida Bar No. 44460

CHRISTOPHER LEGG, ESQ.
3837 Hollywood Blvd., Ste. B
Hollywood, FL 33021
Telephone: 954-962-2333
Facsimile: 954-927-2451
ChrisLeggLaw@gmail.com

*Attorney for Plaintiff and the class*