UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-81490-MIDDLEBROOKS

MARY ANNE TORONGO, on behalf of
herself and others similarly situated,

    Plaintiff,

v.

ROBET G. ROY, D.V.M., M.S., P.A., a
Florida professional association d/b/a PALM
BEACH VETERINARY SPECIALISTS,

    Defendants.  /

## ORDER DENYING MOTION TO STAY

THIS CAUSE comes before Defendant's Motion to Stay Case Pending the Supreme Court's Decision in *Spokeo, Inc. v. Robins*.[1] (DE 22). Plaintiff filed a response to the Motion (DE 26), to which Defendant replied (DE 27). Although it is possible that the decision in *Spokeo, Inc.* may affect whether Plaintiff has standing in this case, I am not convinced that a stay is appropriate. Accordingly, it is

**ORDERED and ADJUDGED** that Defendant's Motion to Stay Case Pending the Supreme Court's Decision in *Spokeo, Inc. v. Robins* (DE 22) is **DENIED**. Defendant's response to the Complaint must be filed by December 28, 2015.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 17 day of December, 2015.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record

---

[1] *Spokeo, Inc. v. Robins*, No. 13-1339, 135 S.Ct. 1892 (U.S. April 27, 2015) (Petition for Cert Granted).